

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Reverse Mortgage Funding, LLC,
Appellant

No. 06-19-00063-CV          v.

Carla Nagle Blevins Robertson, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. 1900039). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

 

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

     We further order that the appellant, Reverse Mortgage Funding, LLC, pay all costs of this appeal.

RENDERED JANUARY 3, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk